# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2018 DEC 10 P 1:12
U.S. DISTRICT COURT

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

MR. THOMAS J. JEFFREYS

v.

Case No. 3:18cv2009(JAm)
(To be supplied by the Court)

TOWN OF WATERBURY

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Thomas J. Jeffreys is a citizen of CONNECTICUT who
   (Plaintiff)                              (State)
   presently resides at 511 COOKE STREET, WATERBURY - CONN. 06710.
   (mailing address)

2. Defendant TOWN OF WATERBURY is a Town of CONNECTICUT
   (name of first defendant)                    (State)
   whose address is 236 GRAND OFFICE WATERBURY, CT. 06702

1

3. Defendant ____NONE____ is a citizen of ____NONE____
   (name of second defendant)                      (State)

   whose address is ____NONE____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))
1) 13, 5TH, 14TH AMENDMENT RIGHTS DUE RIGHT PROCESS
2) ADA - AMERICANS WITH DISABILITIES ACT
3) CIVIL RIGHTS ACT OF 1964 + STATE OF TAXITION CODE
4) STATE OF CONNECTICUT TAXITION CODE OR ON ANTIQUE CARS

## C. NATURE OF THE CASE

DATE OF ACTION FEB. 2014 - JULY 2015

BRIEFLY state the background of your case.

1) TOWN OF WATERBURY, CT. VIOLATED FEDERAL LAW OF THE ADA - AMERICANS WITH DISABILITIES ACT. WHICH IT CLEARLY STATE A CITIZEN OF UNITED STATES IS EXEMPTED FROM GARNISHMENT OF SAID PAYMENTS RECEIVED FROM FEDERAL GOVERNMENT UNDER AMERICANS WITH DISABILITIES ACT. TOWN OF WATERBURY WHEN TO SUPERIOR COURT AND GOT GARNISHMENT OF ALL MONIES IN PLAINTIFF BANKING ACCOUNTS. WHICH AT THAT TIME PLAINTIFF ONLY INCOME WAS FROM SOCIAL SECURITY DISABILITY A CHECK ONCE A MONTH TO PAY ALL BILLS, MEDICAL, FOOD, AND TRAVEL. MONEY TAKEN FROM PLAINTIFF BANKING ACCOUNT FROM PLAINTIFF BANKING INSTITUTION WITHOUT HEARING. PLAINTIFF WAS FILING EXEMPTION OR SAVING ON TAX'S PER DISABILITY EARNINGS EVERY TWO YEARS PLAINTIFF HAD TWO PROVIDE SOURCE OF INCOME TO GETTING SAVINGS OF MAX OF $300 EVERY TWO YEARS ON CAR TAXS OR HOMEOWNERS PROPERTY TAX. STARTING IN 2007 TO 2016

DEFENDANT HAD IN IT'S POSITION OF INCOME OF PLAINTIFF DISABILITY INCOME. THEIR WAS NO REASON TO GET A BANK GARNISHMENT. PLUS PLAINTIFF HAD ALREADY START TO HANDLE THE CAR TAXS PROVIDING TITLE AND OTHER DOCUMENTS REQUEST YEAR OF MOTOR VEHICLE 1988

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** ADA- AMERICANS WITH DISABILITIES ACT; FEDERAL LAW THAT CLEARLY STATES A CITIZEN OF UNITED STATES IS EXEMPTED FROM GARNISHMENT OF SAID PAYMENTS FROM FEDERAL GOVERNMENT UNDER ADA ACT. DEFENDANT TOOK ALL MONIES THAT PLAINTIFF RECEIVES FROM FEDERAL GOVERNMENT

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

DATE OF ACTION NOV. 2014 - FEB. 2015
WITHOUT HEARING OF GARNISHMENT TOOK SAID MONIES VIOLATED OF 1ST, 5TH, 14TH AMENDMENTS AND 1964 CIVIL RIGHTS ACT. FEB. 2014 TOWN OF WATERBURY AS DEFENDANT; STARTED PROCEEDING FOR GARNISHMENT OF SAID MONIES IN PLAINTIFFS BANKING ACCOUNT. DEFENDANT KNOWINGLY NEW ALL MONIES THAT PLAINTIFF WAS GETTING OR HAD WAS FROM SOCIAL SECURITY DISABILITY WHICH BY ADA IS EXEMPT FROM GARNISHMENT. PLAINTIFF HAD STARTED IN 2007 DOCUMENTS OF INCOME TO RECIEVE TAX CREDIT OF $300 EVERY 2 YEARS TAX CREDIT WAS TAKEN OFF OF PROPERTY TAXS WHEN I WENT TO THE BANK TO VERIFY MONEY WAS IN ACCOUNT. ATM STATE NO MONEY, MONEY WAS WITHDRAW. BANK ASSOCIATE COULD ONLY STATE THEIR WAS BANK GARNISHMENT AND LETTER WAS MAIL.

**Claim II:** DEFENDANT VIOLATED STATE OF CONNECTICUT TAXATION LAW ORL OF RULE TAXING ANTIQUE CAR OF 20 YEARS OR GREATER

Supporting Facts: PLAINTIFF'S CAR WAS A 1988 FORD MUSTANG AND DEFENDANT WAS CHARGING PLAINTIFF TAX'S ON 1998 FORD MUSTANG WHEN IT HAD IN POSITION PLAINTIFFS COPY OF TITLE, AND REGISTRATION 3 AND DOCUMENTS FROM STATE OF CONNECTICUT MOTOR VECHICE DEPARTMENT PLAINTIFF HAD PROVIDE DOCUMENTS BEFORE GARNISHMENT THAT VEHICLE WAS 1988 NOT 1998 GARNISHMENT WAS IN 2014.

3/PV

## CLAIM OF CONTINUE

SEVERAL DAYS LATER AFTER TRYING TO FIND THE MONEY OR GET MONEY TO PAY — BILLS, FOOD, MEDICINES AND MEDICATION ARE BLOOD PRESSURE, BLOOD THINNERS, AND ANOTHER BLOOD PRESSURE, AND DIABETIC PILLS. BILLS WHERE ELECTRIC, FOOD, PHONE, AND CABLE. I FILL OUT THE EXEMPT FORMS AND HAD TO WALK TO THE WATERBURY COURT HOUSE TO FILE EXEMPT FORMS. THEN I HAD TO WAIT FOR HEARING TO BE PUT ON THE SHORT CALENDAR. DEFENDANTS ATTORNEY AGREED TO RETURN MONIES AND WOULD CONTINUE TO LOOK OR HAVE SOMEONE LOOK FOR DOCUMENTS PROVIDED BY PLAINTIFF IN THIS MATTER, THEN TAKE IT FROM THERE.

PLAINTIFF THEN LATTER LOOK AT THE TAX BILLS ALL THEM STATED TAX YEAR 1988 FORD MUSTANG NOT 1988. THEN HIRED MARSHALL CONTINUE TO CALL LOOKING FOR HIS MONEY. I STATED (PLAINTIFF) THOMAS J. JEFFREYS THAT HE WAS HIRED BY TOWN, THEN THEY SHOULD PAY HIM. PLAINTIFF WAS CHARGE a $250 OR SO BANKING FEES. MONEY TAKE RIGHT AWAY REST GIVEN TO TOWN MARSHALL OR TRANSFER. PLAINTIFF WAS WITHOUT MONEY FOR WEEKS. DOCTORS DO NOT PROVIDE SAMPLES OF PILLS TO PATIENT ANY MORE NO PILLS, HARDSHIP NOT FEELING GOOD SUGAR NUMBERS GOING UP, $1^{ST}, 5^{TH}, 14^{TH}$ AMENDMENT RIGHTS OF DUE PROCESS WAS VIOLATED ONLY OVER,

PLAINTIFF- MR. THOMAS J. JEFFREYS RESPECTFULLY PRAY THIS COURT TO GRANT FEE WAIVERS AND GRANT THE FILING OF THIS COMPLAINT.

*Thomas J. Jeffreys*
12/4/2018

BY

NOV. 17, 2004

$2,268 TAKEN OUT OF BANK ACCORDING TO COURT RECORDS.

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

1) DAMAGES FROM PAIN AND SUFFERING FOR THE SURPRISE OF GOING TO THE BANK AND HAVING "NO" MONEY TO PAY!
   a) BILLS
   b) MEDICINES ② BLOOD PRESSURE, BLOOD THINNERS, DIABETIC BILLS AND 88mg BAYER ASPIRINS.
2) ONLY MONEY BEING RECEIVED FOR FOOD, CAT FOOD, AND OTHER GROCERIES.
3) MENTAL ANGUISH OF THE SURPRISE OF HAVING NO MONEY AT THAT TIME FOR MUCH NEEDED MEDICINES
4) ALSO HARASSMENT.
5) $50,000 DAMAGES

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes     No

4/

_____  
Original signature of attorney (if any)

_____  
Printed Name

( )  
Attorney's full address and telephone

Email address if available

Mr. Thomas J. Jeffreys  
**Plaintiff's Original Signature**

MR. THOMAS J. JEFFREYS  
Printed Name

511 COOKE STREET   MAILING ADDRESS  
WATERBURY, CT. 06710

(203) 707-4794  
Plaintiff's full address and telephone

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Waterbury CT_ on _DEC. 4, 2018_.
  (location)          (date)

Thomas J. Jeffreys  
**Plaintiff's Original Signature**

SUBSCRIBED AND SWORN TO before me  
NOTARY PUBLIC, IN AND FOR COUNTY OF _New Haven_ AND STATE OF CONNECTICUT, THIS _4_ DAY OF _December_ 20_18_.

_____  
NOTARY PUBLIC   comm exp  
              10·31·2021

(Rev.3/29/16)